BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MA BBO 670079
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RAE WARES, | Case No. 1:15-cv-1056-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION TO RESPOND TO PLAINTIFF'S REQUEST FOR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HERE BY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's request for a voluntary remand:

- Defendant shall file respond to Plaintiff's request for a remand by February 12, 2016;
- Should Defendant decline to voluntarily remand the case, Plaintiff shall serve and file a motion for summary judgment or for remand within thirty days of receiving such response from Defendant (on or before March 14, 2016);
- Defendant shall serve and file any opposition or counter-motion within thirty days of service of plaintiff's motion (on or before April 13, 2016);
- Plaintiff may serve and file a reply within twenty days of service of defendant's opposition or counter-motion (on or before April 28, 2016).

Stip. & Prop. Order for Extension, 1:15-cv-1056

Good cause exists to grant an extension because more time to determine whether this case should be voluntarily remanded.

Date: January 12, 2016

                                    Respectfully submitted,

By:   /s/ Shellie Lott *
       SHELLIE LOTT

       Attorney for Plaintiff
       *By email authorization on 01/8/2016

Date: January 12, 2016       BENJAMIN B. WAGNER
                                     United States Attorney

By:   /s/ Marcelo Illarmo
       MARCELO ILLARMO
       Special Assistant United States Attorney
       Attorneys for Defendant

## **ORDER**

Pursuant to the agreement of the parties, the Court adopts the above stipulation. Defendant's response to Plaintiff's Confidential Letter Brief regarding remand shall be filed **no later than February 12, 2016**. Any motion/stipulation to remand shall be filed within 15 days of Defendant's response. If the Defendant does not agree to remand, Plaintiff's Motion for Summary Judgment/Opening brief is due no later than **March 14, 2016**. Any Opposition or Cross-Motion is due **April 13, 2016**. Plaintiff may file a Reply no later than **April 28, 2016**.

IT IS SO ORDERED.

Dated:  **January 14, 2016**                 /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE