1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| SUSAN RAE WARES, | No. 1:15-CV-01056-EPG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file An Opening Brief in the above-referenced case is hereby extended from the present due date of March 14, 2016, by thirty days, to the new due date of April 13, 2016, **and all other deadlines be extended accordingly**. This extension is requested due to the recent merging of our firm, adding a heavy administrative case load. Also the transcript is very lengthy requiring additional time for reviewing.

///

///

1

DATED:  March 4, 2016          BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX


*/s/ Shellie Lott*                 */s/Marcelo N. Illarmo*
SHELLIE LOTT,                 MARCELO N. ILLARMO,
Attorney for Plaintiff            (As authorized via E-mail on 03/04/16)
Special Assistant U S Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file an Opening Brief, Plaintiff shall receive an extension of time to file her Opening Brief. Plaintiff shall file her Opening Brief no later than April 13, 2016. Defendant's responsive brief shall be filed no later than May 13, 2016. Plaintiff may file her reply brief no later than May 30, 2016.

IT IS SO ORDERED.

Dated: **March 7, 2016**           /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE